UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV18-07350-ODW (RAO)     Date: August 24, 2018
Title: Akaninyene Etuk v. Los Angeles County Sheriff Office, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

N/A     N/A

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

On August 13, 2018, Petitioner Akaninyene Etuk ("Petitioner"), a California prisoner proceeding *pro se*, constructively filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"). (Dkt. No. 1.) Petitioner alleges a violation of due process as well as court bias and prejudice arising from his 90-day sentence for a probation violation. (*See id.* at 2, 5.) Petitioner challenges only the sentence arising from the probation violation; he does not challenge the fact of his probation.

A search of publicly available records indicates that Petitioner was released from the custody of the Los Angeles County Sheriff's Department on August 21, 2018.[1]

Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** why his Petition should not be dismissed as moot due to his release from custody. Petitioner is also **ORDERED** to provide, in writing, his current mailing address. Petitioner shall file his response to this Order on or before **September 7, 2018**.

**Plaintiff is cautioned that if he fails to respond to this Order by the foregoing deadline, the Court will recommend dismissal of this action for failure to prosecute.**

    **IT IS SO ORDERED.**

    :    
Initials of Preparer     dl

---

[1] The Court takes judicial notice of the records of the booking records of the Los Angeles County Sheriff's Department, available at https://app5.lasd.org/iic/ajis_search.cfm. *See* Fed. R. Evid. 201(b)(2) (providing that a court may take judicial notice of adjudicative facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned").