# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKANINYENE ETUK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFF OFFICE, et al.,<br><br>　　　　　Respondents. | Case No. CV 18-07350-ODW (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS ORDERED that the Petition is DISMISSED without prejudice.

DATED: __October 2, 2018　　　　　　　_____
　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE