UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKANINYENE ETUK,<br><br>        Petitioner,<br><br>        v.<br><br>LOS ANGELES COUNTY SHERIFF OFFICE, et al.,<br><br>        Respondents. | Case No. CV 18-07350-ODW (RAO)<br><br>JUDGMENT |

    In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

    IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED without prejudice, and this action is dismissed.

DATE: October 2, 2018

                                                _____
                                                OTIS D. WRIGHT II
                                                UNITED STATES DISTRICT JUDGE